ACCEPTED
14-14-00617-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/26/2015 10:38:30 PM
CHRISTOPHER PRINE
CLERK

NO. 14-14-00617-CV

IN THE COURT OF APPEALS
FOR THE FOURTEENTH DISTRICT OF TEXAS
AT HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/26/2015 10:38:30 PM
CHRISTOPHER A. PRINE
Clerk

SANDS L. STIEFER, CHIEF APPRAISER OF THE
HARRIS COUNTY APPRAISAL DISTRICT

*APPELLANT,*

V.

EDWARD MOERS AND DANIEL MOERS

*APPELLEES.*

APPEAL FROM THE 151ST JUDICIAL DISTRICT COURT OF
HARRIS COUNTY, TEXAS
TRIAL COURT CAUSE NO. 2013-58215

**APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR REHEARING**

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

Appellees, Edward Moers and Daniel Moers, hereby file this their Unopposed Motion to Extend Time to File Motion for Rehearing, and would show the Court as follows:

1.      Appellees are Edward Moers and Daniel Moers.

2.      Appellant is Sands L. Stiefer, Chief Appraiser of the Harris County Appraisal District.

1

3.     Appellant's counsel was contacted to ascertain whether Appellant opposes the relief requested in this motion. Appellant does not oppose the requested extension.

4.     This honorable Court has the authority under Rule 49.8 to extend the time for a party to file a motion for rehearing. Insofar as the Court's Opinion was issued on August 13, 2015, Appellees' motion for rehearing is due on August 28, 2015. This motion was e-filed and served before the deadline to file the motion to extend time to file a motion for rehearing.

5.     Appellees request an additional fifteen (15) days to file a motion for rehearing, extending their deadline to and including Monday, September 14, 2015. Appellees request the extension because Appellees' counsel was served with the Opinion in the above-referenced appeal on August 13, 2015 while Appellees' counsel was on a vacation designated as part of his summer vacation on his Attorney Vacation Schedule Request timely-submitted to the Harris County District Clerk on May 14, 2015. Upon returning from vacation, Appellees' counsel has been very busy with legal work needing immediate attention, and he needs additional time to meet with Appellees, do the necessary research, and prepare the motion for rehearing.

6.     Appellees have not received any prior extension to file their motion for rehearing.

7.     An affidavit supporting this motion is not necessary because all of the facts stated herein are within the personal knowledge of the undersigned counsel for Appellees.

WHEREFORE, for these reasons, Appellees Edward Moers and Daniel Moers respectfully request the Court to grant an extension of time to file their motion for

rehearing until and including Monday, September 14, 2015, and for such other relief which may be granted.

Respectfully submitted,

_G. SCOTT WILLIAMS_

**G. SCOTT WILLIAMS**
Texas Bar No. 21536950
1811 Bering Drive, Suite 120
Houston, Texas 77057
Telephone: (713) 553-3054
Facsimile: (713) 626-4545
e-mail: gswms@hotmail.com

**ATTORNEY FOR APPELLEES**

## CERTIFICATE OF CONFERENCE

I hereby certify that I contacted Appellant's counsel to ascertain whether Appellant opposes the relief requested by this motion. Appellant does not oppose the requested extension.

_G. SCOTT WILLIAMS_

**G. SCOTT WILLIAMS**

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon the following counsel of record for Appellant on this 26th day of August, 2015 in accordance with the Texas Rules of Civil and Appellate Procedure in the manner indicated below:

Eric C. Farrar
Olson & Olson, L.L.P.
Wortham Tower, Suite 600
2727 Allen Parkway
Houston, Texas 77019
**e-mail: EFarrar@olsonllp.com**

**G. SCOTT WILLIAMS**